UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEJANDRO ORNELAS,<br>　　　　Plaintiff,<br>　　v.<br>DEPUTY ANDRADE, et al.,<br>　　　　Defendants. | Case No. 23-cv-00785-VKD<br><br>**ORDER OF TRANSFER** |

Alejandro Ornelas, a state prisoner currently confined at the Ventura County Jail in Ventura, California, filed a complaint against Jail officers for violating his constitutional rights during a disciplinary hearing. Dkt. No. 1 at 3, 5. The Court notes that Plaintiff used the form complaint for the United States District Court for the Central District of California but filed the complaint in this district. *Id.* at 1.

Ventura County Jail is in Ventura County. Because the acts complained of appear to have occurred in Ventura County, which lies within the venue of the Western Division of the Central District of California, *see* 28 U.S.C. § 84(c)(2), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). This Court has discretion to either dismiss the case for incorrect venue or transfer it to the proper federal court "in the interest of justice." *See* 28 U.S.C. § 1406(a). The Court concludes that the interests of justice are best served by the immediate transfer of this action to the United States District Court for the Central District of California.

Accordingly, the Court orders that this action shall be transferred. The Clerk of the Court shall transfer the entire file to the Western Division of the Central District of California.

**IT IS SO ORDERED.**

Dated: February 23, 2023

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge